IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:03CR568 and 8:04CR535 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PEDRO S. NAVARETTE, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that a change of plea for the defendant, Pedro S. Navarette, is scheduled before the undersigned in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **April 26, 2005, at 3:30 p..m.** Since this is a criminal case, the defendant shall be present, unless excused by the court. If an interpreter is required, one must be requested by the plaintiff in writing five (5) days in advance of the scheduled hearing.

   DATED this 20th day of April, 2005.

                              BY THE COURT:


                              s/ Joseph F. Bataillon
                              JOSEPH F. BATAILLON
                              United States District Judge